UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **DAVID OTTO JACOBSON,** | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 4:24-cv-002-AMM-JHE |
| **JONATHAN W. HORTON,** | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM OPINION

Petitioner David Otto Jacobson filed a petition and supplemental petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Docs. 1, 9. On February 18, 2025, the magistrate judge entered a report recommending the court dismiss Mr. Jacobson's claims in the petition and supplemental petition as moot and for failure to state a claim upon which relief may be granted. Doc. 28. The magistrate judge further recommended the court deny Mr. Jacobson's motions to stay, Docs. 26 & 27, as moot. Doc. 28. No objections have been filed.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that the claims in the petition and supplemental petition are due to be dismissed as moot and for failure to state a claim upon which relief may be granted. The court further finds that Mr. Jacobson's

motions to stay, Docs. 26 & 27, are due to be denied as moot. A Final Judgment will be entered.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Mr. Jacobson's claims do not satisfy either standard.

**DONE** and **ORDERED** this 11th day of March, 2025.

*/s/ Anna Manasco*
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE